UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

Case No. 07-10817

v.

HONORABLE AVERN COHN

DESIREE WILLIAMS,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This is a student loan case. In 1973, 1974, and 1983, defendant Desiree Williams (Williams) borrowed money for student loans secured by plaintiff, the United States of America. Williams defaulted on the loans. On February 23, 2007, the government sued for recovery of the balance due. Williams, proceeding pro se, answered the complaint. In her answer, Williams did not deny the existence of the debt, but offered a variety of reasons why she has been unable to repay the debt.

On June 25, 2007, the government filed a motion for summary judgment requesting judgment in the amount of $5,294.14 plus pre-judgment interest from the date of filing the complaint plus post judgment interest as provided by statute. The government attached as exhibits the relevant loan documents, including promissory notes and certificates of indebtedness, evidencing the debt. The government also explained that Williams' reasons for not repaying the debt articulated in her answer do not constitute valid legal defenses.

1

On July 3, 2007, the Court issued an Order Requiring Responsive Pleading, directing Williams to file a response to the motion on or before July 31, 2007. To date, Williams has not responded.

Accordingly, for the reasons set forth in the government's papers, the government's motion for summary judgment is GRANTED. The government shall submit a proposed form of judgment.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: September 6, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Desiree Woods, 4454 French Road, Detroit, MI 48214 on this date, September 6, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160